**Order entered November 4 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00651-CV**

**RUTH TORRES, Appellant**

**V.**

**UNAUTHORIZED PRACTICE OF LAW COMMITTEE FOR THE SUPREME COURT OF TEXAS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07071**

**ORDER**

Before the Court is appellant's November 2, 2021 second motion for extension of time to file her brief and withdrawal of her November 1, 2021 motion for contempt. Appellant explains the extension is necessary because a supplemental clerk's record she requested has not yet been filed. Appellee has filed a response opposing the extension and noting that the documents appellant has requested be included in the supplemental clerk's record were filed in a different trial court cause and were not made part of the trial record in this case.

Attached to appellee's response is a copy of appellant's supplemental record request.

We have reviewed the supplemental record request. As recited there, the documents appellant seeks to have included in the record were "removed from public view" by order of the trial judge in that case. To the extent appellant seeks an extension to file her brief so the record can be supplemented with documents from another trial court cause that (1) appear to be sealed or to which access is otherwise restricted and (2) were not made a part of the trial record in this case, we **DENY** the November 2nd motion. We **GRANT** the November 2nd motion to the extent it concerns appellant's contempt motion and **ORDER** that motion **WITHDRAWN**.

On our own motion, we **ORDER** appellant's brief, which was due October 28, 2021, be filed **no later than November 15, 2021.**

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre and the parties.

/s/ KEN MOLBERG
JUSTICE